An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PARASKEVI SIDERAKIS, AN
INDIVIDUAL AND IN HER CAPACITY
AS AN OFFICER AND/OR MANAGER
OF WOTCM MEDIA, LLC AND/OR
WORLDS OF THE CRYSTAL MOON,
LLC; AND BRYANT HAYWARD, AN
INDIVIDUAL AND IN HIS CAPACITY
AS AN OFFICER AND/OR MANAGER
OF WOTCM MEDIA, LLC AND/OR
WORLDS OF THE CRYSTAL MOON,
LLC
                          Appellants,
            vs.
PHILLIP EDWARD JONES, AN
INDIVIDUAL,
                          Respondent.

No. 64128

**FILED**

SEP 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting in part and denying in part a motion to compel arbitration. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge. Appellants are proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel.

On June 22, 2015, this court entered an order giving appellants 40 days to file and serve the civil proper person appeal statement. Appellants' civil proper person appeal statement was due in this court by August 3, 2015. To date, appellants have failed to file the civil proper person appeal statement or otherwise respond to this court's

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27098

directive. Accordingly, we conclude that appellants have abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Jerry A. Wiese, District Judge
Lansford W. Levitt, Settlement Judge
Bryant Hayward
Paraskevi Siderakis
Phillip Edward Jones
Eighth District Court Clerk